REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Stephen C. Robinson<br>U.S. District Judge | OFFENSE: Assault (18 USC 113(a)(5). |
| | | ORIGINAL SENTENCE: Two (2) years probation |
| FROM: | Joseph J. Lombardo III<br>U.S. Probation Officer | SPEC. CONDITIONS: The defendant must seek USPO's approval prior to any air travel, substance abuse treatment and anger management treatment. |
| | | AUSA: Kerry S. Baron (SDFL) |
| RE: | Salvatore Dilapi<br>Docket # 07 CR 262-01 (SCR) | |

DATE OF SENTENCE:  October 12, 2006

DATE:  October 15, 2007

ATTACHMENTS:  JUDGMENT X

REQUEST FOR:  COURT DIRECTION  X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## EARLY TERMINATION

On October 12, 2006, Salvatore Dilapi appeared before The Honorable James I. Cohen (Southern District of Florida) for sentencing after pleading guilty to one count of Assault, in violation of 18 USC 113(a)(5), a Class B Misdemeanor. In the instant offense, Dilapi was traveling to Florida with a friend aboard an aircraft and engaged in a verbal altercation with the flight attendant. He was subsequently sentenced to a two (2) year term of probation, with a $10.00 special assessment fee. On December 14, 2006, Mr. Dilapi satisfied payment of his $10 special assessment. On April 6, 2007, Your Honor signed an Order accepting a transfer of jurisdiction.

Mr. Dilapi resides alone at 71 Charter Circle, Ossining, New York 10562. Throughout his probation term, Mr. Dilapi reported as directed, provided documentation promptly upon request, and refrained from any further criminal activity as evidenced by regular criminal record checks. In addition, Dilapi was enrolled in anger management and substance abuse treatment with Testing Inc., a contract provider. After a few sessions, it was determined that Dilapi was not in need of treatment. Although we do not disregard the serious nature of the offense, Dilapi has clearly demonstrated remorse for his actions since the commencement of supervision.

In conjunction with his girlfriend of six months who is an Advertising Executive that has clearly provided additional stability, his passion for martial arts and the responsibility of being self-employed, Dilapi has proved thus far that he can remain a productive citizen of the community. It should also be noted that Dilapi is scheduled for a hip replacement and back surgery in January 2008, which will require three months of rehabilitation.

In light of his positive adjustment to probation, we respectfully recommend that he be granted an early termination. It should be noted that on October 15, 2007, we disclosed our intent to request an early termination of Mr. Dialpis' probation to Assistant U.S. Attorney Kerry S. Baron of the Southern District of Florida. Mr. Baron advised that his office has no objections to an early termination.

Enclosed for Your Honor's review is a copy of the Judgement and Commitment Order. Please note that a Pre-Sentence Report was not prepared in this case. If Your Honor so imposes, execution of the attached order will effect termination of the probationer's supervision.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Joseph J. Lombardo III
U.S. Probation Officer
(914) 390-4047

Approved by:

_____ 10/15/07
Edward Johnson          Date
Supervising U.S. Probation Officer



07 CR 262-01 (SCR)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[✓]     Court approves request for early termination

        or

[ ]     Other_____
        _____
        _____
        _____
        _____

_____
Signature of Judicial Officer

_October 18, 2007_
Date